IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR ALAN WOLK | : | CIVIL ACTION |
| v. | : | |
| OVERLAWYERED.COM, et al. | : | NO. 11-4900 |

ORDER

AND NOW, this 23rd day of August, 2011, whereas counsel for defendant Reason Foundation filed a Notice of Removal on August 1, 2011, and whereas counsel for defendant, Ms. Gayle Sproul, sent the Court a letter on August 17, 2011, enclosing a copy of a letter to her from the plaintiff stating that the original state court complaint was voluntarily dismissed, and asking the Court to mark this case as closed, IT IS HEREBY ORDERED that the Clerk's Office mark this case as closed because the original state court case was voluntarily dismissed.

BY THE COURT:

/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.